**Dismissed and Memorandum Opinion filed May 31, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00163-CV

## VERANDA NATION, INC., Appellant

## V.

## PRESTON JULIAN, Appellee

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1102232**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 8, 2018. The notice of appeal was filed January 29, 2018. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (West 2013).

On April 3, 2018, this court ordered appellant to pay the appellate filing fee on or before April 18, 2018, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.